```
UNITED STATES OF AMERICA        &
                                &       CIVIL ACTION
SOUTHERN DISTRICT COURT  TEXAS  &
                                &   CRIMINAL CASE
DIVISION BROWNSVILLE , TEXAS    &
                                &       ROBERTO Izaguirre-Martinez.
   HONORABLE JUDGE H. TAGLE     &
                                &       B-03-166
```

United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&

This a letter to the HONORABLE JUDGE H. TAGLE,

Dear Judge H. Tagle:

　The reason I'm writting to you is about my appeal. I was sentenced on April 28, 2003, in Brownsville, Texas. The Public Defender that was my Counsel at my case was, Mr. K. Crown, did not assist me after my sentence, as he had promised, therefore I was never appointed the Constitutional right for an appeal.

　Until today I did not have received the Pre-Sentence Investigation report, Mr. Crown never delivered it to me. I would like to request your help in fowarding me the above report.

　I would gladly appreciate your help in providing me a chance for an appeal and looking once again in my sentence. I was sentenced to 30 months and I pray for your valuable time to have a more close look at my case and I'm sure you can find that I deserve less time.

　The lack of counseling and the misrepresentation of Mr. Crown, never allowed me to show you the person I have been and the man I can be for my family.

　At this moment I'm incarcerated in the Federal Detention Center of Houston, Texas and pray for your help and for your Honorable Court to give me the opportunity to Appeal.


Sincerely,

　　　　　　　　　　　　　　　　　　　　　Roberto Izaguirre Martinez.
　　　　　　　　　　　　　　　　　　　　　　　**Federal Number**
　　　　　　　　　　　　　　　　　　　　　　　　18325-179