**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 2 0 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ROBERTO IZAGUIRRE-MARTINEZ | * |
| | * |
| VS | * C.A. NO. B-03-166 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-02-696-02) |

**NOTICE OF DISMISSAL**
**FOR LACK OF PROSECUTION**

On September 17, 2003, the U.S. District Clerk mailed to the Petitioner 2255 forms and application to proceed in forma pauperis. The Petitioner has failed to response and has not filed said documents.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by November 24, 2003.

DONE at Brownsville, Texas, this 20th day October 2003.

Felix Recio
United States Magistrate Judge