United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ROBERTO IZAGUIRRE-MARTINEZ<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§  CIVIL ACTION NO. B-03-166<br>§  (CRIMINAL NO. B-02-696-02)<br>§<br>§<br>§ |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 20, 2003, the Court reviewed the case file in the above-captioned matter and determined that on September 17, 2003, Section 2255 application forms and an application to proceed in forma pauperis were mailed to the Petitioner. The Petitioner failed to respond. Accordingly, this Court ordered that the case be dismissed if there was no response from the Petitioner by November 24, 2003.

As of January 7, 2004, no response has been received from the Petitioner. His failure to take action forces this Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this Court is of the opinion that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Larson v. Scott*, 157 F.3d 1030, 1032 (5th Cir. 1998) (noting that a district court may sua sponte dismiss an action for failure to prosecute or for failure to comply with a court order).

The Petitioner should be advised, however, that upon a proper showing, relief from an order by the district court adopting this Court's reasoning may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. *See Link*, 370 U.S. at 635.

## RECOMMENDATION

For the aforementioned reasons, it is RECOMMENDED that Petitioner's 28 U.S.C. § 2255 application be DISMISSED without prejudice for want of prosecution and for failure to comply with a court order.

## NOTICE TO PARTIES

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

DONE at Brownsville, Texas, this 7th day of January, 2004.

Felix Recio
United States Magistrate Judge