UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERTO IZAGUIRRE-MARTINEZ Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-166 (CRIMINAL NO. B-02-696-02) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's action is hereby DISMISSED without prejudice for want of prosecution and for failure to comply with a court order. The Petitioner is advised that upon a proper showing, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 3 day of March, 2004.

Hilda G. Tagle
United States District Judge